UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM LOGAN HICKS,<br><br>                              Plaintiff,<br><br>         v.<br><br>NUSRET NEW YORK LLC, et al.,<br><br>                              Defendants. | Civ. Action No. 1:21-cv-03148<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Eva M. Sullivan of Meister Seelig & Fein LLP, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of defendants Nusret New York LLC, Saltbae NY LLC, Nusret Miami LLC, Nusret Boston LLC, Nusret Dallas LLC, Nusret Gökçe and Nusret BH LLC. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
　　　　June 25, 2021

**MEISTER SEELIG & FEIN LLP**

By:  /s/ Eva M. Sullivan
　　　　Eva M. Sullivan, Esq.
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: ems@msf-law.com

*Attorneys for Defendants*