UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM LOGAN HICKS,<br><br>                             Plaintiff,<br><br>          v.<br><br>NUSRET NEW YORK LLC, *et al.*,<br><br>                            Defendants. | Civ. Action No. 1:21-cv-03148(VSB) |

## **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, the Declaration of Jeffrey Weingart in Support of Defendants' Motion to Dismiss the Amended Complaint dated December 1, 2021 and the Exhibits attached thereto, and all other proceedings had herein, Defendants move this Court, before the Honorable Vernon S. Broderick, United States District Judge, for an order of dismissal of the Amended Complaint filed by Plaintiff William Logan Hicks pursuant to: (i) Federal Rule of Civil Procedure ("Rule") 12(b)(1) for lack of subject matter jurisdiction; (ii) Rule 12(b)(6) for failure to state a claim upon which relief can be granted, and (iii) for failure to satisfy the minimum pleading standard established by Rule 8(a) and for such other and further relief that the Court deems just and proper.

Dated: December 1, 2021
       New York, New York

**MEISTER SEELIG & FEIN LLP**

By:   */s/ Jeffrey Weingart/*
      Stephen B. Meister
      Jeffrey P. Weingart
      Susan M. Schlesinger
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
*Attorneys for Defendants*